IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

# RULE 26 INSTRUCTION ORDER

The parties shall confer as provided in Federal Rule of Civil Procedure 26(f) and LR Civ. 26, as set forth below. The parties shall then complete and file the attached Rule 26(f) Report. A party who cannot gain the cooperation of the other party in preparing the report should advise the Court prior to the filing deadline.

**LR Civ. 26. Discovery.**

**(a) Preliminary Rule 26 Obligations.**

(1) **Start of Rule 26 Duties.** Parties are not required to conduct a Rule 26(f) conference, prepare a Rule 26(f) Report, or provide initial disclosures until at least one defendant in the action has filed an answer. Pre-answer motions, where no answer has been filed by any defendant, will not trigger Rule 26 obligations.

(2) **Rule 26(f) Conference.** The parties shall conduct the Rule 26(f) conference within 28 days from the date the first answer is filed. In removed cases, the parties shall conduct the conference within 28 days of removal regardless of whether an answer has been filed.

(3) **Rule 26(f) Report.** Parties shall file their joint Rule 26(f) report within 7 days of the conference. The parties must use the appropriate report form provided by the Court.

(4) **Initial Disclosures.** Parties shall serve their initial disclosures under Rule 26(a)(1) within 14 days of the Rule 26(f) conference.

**SO ORDERED.**

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

**Make a Selection ...**

| | | |
|---|---|---|
| Make a Selection ... | ) | |
| v. | ) | Case No. |
| Make a Selection ... | ) | |

## RULE 26(f) REPORT

1. Date of Rule 26(f) conference: ______________________________

2. Parties or counsel who participated in conference:

   ____________________________________________________________
   ____________________________________________________________
   ____________________________________________________________

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.

   ____________________________________________________________

4. Date the Rule 26(a)(1) disclosures were made or will be made:

   ______________________________

5. If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,

   (a) Identify the party or parties making the objection or proposal:

   ____________________________________________________________
   ____________________________________________________________
   ____________________________________________________________

   (b) Specify the objection or proposal:

________________________________________________
________________________________________________
________________________________________________

6. The Local Rules provide a 6-month period for discovery. If any party is requesting additional time for discovery,

(a) Identify the party or parties requesting additional time:

________________________________________________
________________________________________________
________________________________________________

(b) State the number of months the parties are requesting for discovery:

________ months

(c) Identify the reason(s) for requesting additional time for discovery:

_____ Unusually large number of parties

_____ Unusually large number of claims or defenses

_____ Unusually large number of witnesses

_____ Exceptionally complex factual issues

_____ Need for discovery outside the United States

_____ Other: ____________________________________

(d) Please provide a brief statement in support of each of the reasons identified above:

____________________________________________________
____________________________________________________
____________________________________________________

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

7. If any party is requesting that discovery be limited to particular issues or conducted in phases, please

(a) Identify the party or parties requesting such limits:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

(b) State the nature of any proposed limits:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

8. The Court generally imposes the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after first answer filed |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule 26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference |

| | |
|---|---|
| Last day to file motions | 30 days after close of discovery |

If any party requests a modification of any of these deadlines,

(a) Identify the party or parties requesting the modification:

________________________________________

________________________________________

________________________________________

(b) State which deadline should be modified and the reason supporting the request:

________________________________________

________________________________________

________________________________________

________________________________________

________________________________________

9. If the case involves electronic discovery,

(a) State whether the parties have reached an agreement regarding the preservation, disclosure, or discovery of electronically stored information, and if the parties prefer to have their agreement memoralized in the scheduling order, briefly describe the terms of their agreement:

________________________________________

________________________________________

(b) Identify any issues regarding electronically stored information as to which the parties have been unable to reach an agreement:

________________________________________

________________________________________

____________________________________________

10. If the case is known to involve claims of privilege or protection of trial preparation material,

    (a) State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

    ____________________________________________

    ____________________________________________

    (b) Briefly describe the terms of any agreement the parties wish to have memoralized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

    ____________________________________________

    ____________________________________________

    (c) Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

    ____________________________________________

    ____________________________________________

    ____________________________________________

11. State any other matters the Court should include in its scheduling order:

    ____________________________________________

    ____________________________________________

12. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

______________________________________________________________

______________________________________________________________

____________________________________________________________

This _______ day of _______________, ______.

Signed: ________________________________________
*Attorney for Plaintiff*

________________________________________
*Attorney for Defendant*